IN RE:  **FILED**  CASE NO. 09-53142-S

2010 JUL -6 PM 3:47

TODD A. BROWN  CHAPTER 7
JOANNA BROWN
    Debtors  U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO  REPORT OF DIVIDEND
AKRON  <u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #116 in the amount of $14.75 was issued on June 17, 2010 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

    Amt. of Dividend

| Claim #3I | Westside Gastroenterologists, Inc.<br>7255 Old Oak Blvd, C412<br>Cleveland, OH 44130 | $ .20 |
| --- | --- | --- |
| Claim #4I | Marathon Petroleum Co<br>539 S. Main<br>Findlay, OH 45840 | $ 3.04 |
| Claim #6I | Recovery Management Systems<br>Corporation For YESSG 3, LLC<br>As Assignee of Rural Metro<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | $ .78 |
| Claim #7I | Recovery Management Systems<br>For GE Money Bank, dba LOWES CONSUMER<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | $ 4.26 |
| Claim #8I | The Metrohealth System<br>c/o Diversified Receivable Management<br>P.O. Box 30340<br>Middleburg Hts., OH 44130 | $ .76 |
| Claim #9I | Ufcw 880 Cu<br>2828 Euclid Ave<br>Cleveland, OH 44115 | $ 4.68 |
| Claim #11I | Ohio Edison Bankruptcy Department<br>6896 Miller Road Suite 204<br>Brecksville, OH 44141 | $ 1.03 |

| TOTAL: | $ 14.75 |

*[signature]*
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

June 21, 2010

*ck # 116*
*receipt # 81585*