IN RE:  CASE NO. 09-53142

TODD A. BROWN  CHAPTER 7
JOANNA BROWN
    Debtors

REPORT OF UNCLAIMED
<u>DIVIDEND</u>

FILED
2010 OCT -4 PM 2:49
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

    Harold A. Corzin, Trustee herein, reports that check #114 was issued on June 17, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #117 to the Clerk of Courts in the amount of $629.54 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                                         /s/ Harold A. Corzin
                                           HAROLD A. CORZIN, TRUSTEE
                                           304 N. Cleveland-Massillon Road
                                           Akron, Ohio 44333
                                           (330) 670-0770
                                           (330) 670-0297 Facsimile
                                           Hcorzin@csu-law.com

September 28, 2010

cc:  U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 09-53142 - BROWN, TODD A

| Account No. | Check No. | Issued | Payee |
|---|---|---|---|
| 9200-48178358-66 | 117 | 09/28/10 | U.S. BANKRUPTCY COURT |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Check Amount Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-48178358-66 SURPLUS | 114 | | 07/17/09 | 650 | BROWN, TODD A<br>2102 VINCENT DRIVE<br>BRUNSWICK, OH 44212 | 629.54 | 629.54 | 629.54 | |

*ck #117*
*receipt # 81818*

(*) Denotes objection to Amount Filed  (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.